IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                Civil Action No. 1:14-cv-00661-GLR

JOHN DOE, subscriber assigned IP address
98.204.36.232,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE**, Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 98.204.36.232. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 4, 2014

APPROVED THIS 5th DAY OF June 2014.

_/s/ George L. Russell_
GEORGE L. RUSSELL, III, U.S.D.J.

Respectfully submitted,

By: _/s/ Jon A. Hoppe_
Jon A. Hoppe, Esquire
jhoppe@mhhhlawfirm.com
MADDOX, HOPPE, HOOFNAGLE &
HAFEY, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
Phone: 301-341-2580
*Attorney for Plaintiff*

1